UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-cr-142-JA-LHP
8 U.S.C. § 1326(a)

ARON ISAAK MORAZAN-IZAGUIRRE

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about April 25, 2025, in the Middle District of Florida, the defendant,

ARON ISAAK MORAZAN-IZAGUIRRE,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about April 3, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

MAY 21 2025 PM 3:09
FILED - USDC - FLMD

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Michael Sartoian
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34  
May 25

No. 6:25-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

### THE UNITED STATES OF AMERICA

vs.

### ARON ISAAK MORAZAN-IZAGUIRRE

### INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill.

_____
Foreperson

Filed in open court this 21st day of May 2025.

_____
Clerk

Bail $_____

GPO